JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELANEY, | CASE NO. |
| Plaintiff, | CV 07-05049 DDP (CTx) |
| v. | |
| | **JUDGMENT** |
| LYNWOOD UNIFIED SCHOOL DISTRICT, MALCOLM BUTLER | |
| Defendants. | |

This action came on for hearing before the Court, on July 13, 2009, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

\\\

\\\

\\\

1     IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is
2  GRANTED and that defendant Lynwood Unified School District and Malcolm Butler
3  recover their costs.

5  DATED: August 12, 2009

                                          By: _____
                                                United States District Judge